UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| ROSALIND MAIDEN, On Behalf of Herself and Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>MERGE TECHNOLOGIES, INC. (d.b.a. MERGE HEALTHCARE), RICHARD A. LINDEN, SCOTT T. VEECH, & KPMG LLP,<br><br>Defendants. | Civil No. 06-00349-RTR<br><br>Chief Judge Rudolph T. Randa |

## ORDER RESCHEDULING FINAL APPROVAL HEARING

On July 15, 2008, the Court entered an order preliminarily approving the settlement between Lead Plaintiff Southwest Carpenters Pension Trust ("Lead Plaintiff") and Defendants Merge Technologies, Inc. ("Merge"), Richard A. Linden, Scott T. Veech, and David Noshay (collectively, "Settling Parties"). Further, the Court scheduled a Final Approval Hearing for September 5, 2008, at 10:30 a.m. Having considered the Settling Parties' stipulation and request that the Final Approval Hearing be rescheduled, as well as the relevant portions of the record, and in the interests of justice,

IT IS HEREBY ORDERED that the Final Approval Hearing, previously scheduled for September 5, 2008, at 10:30 A.M., is rescheduled for **November 10, 2008 at 2:00 P.M. (Central Time)** at 320 United States Courthouse, 517 East Wisconsin Avenue, Milwaukee, Wisconsin 53202.

Dated at Milwaukee, Wisconsin, this 31st day of July, 2008.

SO ORDERED,

*s/ Rudolph T. Randa*
HON. RUDOLPH T. RANDA
Chief Judge