# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**ROSALIND MAIDEN,**

        Plaintiff,

    V.        CASE NUMBER: **06-C-349**

**KPMG, LLP,**

        Defendant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that the defendant's motion to dismiss the plaintiff's claims in the Amended Consolidated Class Action Complaint is GRANTED. The Plaintiff's claims against defendant KPMG, LLP, are DISMISSED WITH PREJUDICE.**

**This action is hereby DISMISSED.**

    **November 10, 2008**           **JON W. SANFILIPPO**
Date                                Clerk

                                             s/ Linda M. Zik
                                             (By) Deputy Clerk